UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC. | ) |
| | ) |
| v. | ) Civil Action No. 3:12-0559 |
| | ) Judge Nixon/Knowles |
| WESLEY FINANCIAL GROUP, LLC, | ) |
| ET AL. | ) |

### O R D E R

The Initial Case Management Conference in this action previously set for July 23, 2012, at 10:30 a.m., is hereby rescheduled for **August 23, 2012, at 10:30 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge