UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC | ) |
| | ) |
| v. | ) Civil Action No. 3:12-0559 |
| | ) Magistrate Judge Knowles |
| WESLEY FINANCIAL GROUP, LLC, | ) |
| ET AL. | ) |

### O R D E R

This action has been reassigned to the Honorable William J. Haynes, Jr., upon the Order entered by Honorable John T. Nixon on October 5, 2012, (Docket Entry No. 28).

Absent further orders, there will be no further proceedings before the undersigned.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge