UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | Case No. 3:12-cv-559 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, | ) ) ) | JURY DEMAND |
| and JOHN and JANE DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

*[Handwritten notation: "The motion is GRANTED ... 10-18-12"]*

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO PROHIBIT DEFENDANTS FROM RELYING UPON ANY WITNESSES, DOCUMENTS OR EVIDENCE IN SUPPORT IF ITS CLAIMS OR DEFENSES

COMES NOW Plaintiff, Wyndham Vacation Resorts, Inc., ("Wyndham") by and through its counsel, and, pursuant to Local Rule 7.01(b), and files this Motion for Leave to File a Reply to respond to the issues and arguments raised by Defendants in their Response, Doc. 34, to Wyndham's Motion, and states as follows:

As fully set forth in its Reply, attached hereto as Exhibit A, Wyndham seeks to respond to issues and arguments raised by Defendants including: (1) Defendants' assertions that they have now cured their Rule 26(a) failures; and (2) Defendant's claim that their failure to provide adequate Initial Disclosures was substantially justified or harmless.

Accordingly, Wyndham asks this Court to grant it leave to file a Reply to address these issues and arguments.

1