UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | Case No. 3:12-cv-559 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Haynes |
| WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, and JOHN and JANE DOES 1-10, | ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

[handwritten: ORDER / The motion / is GRANTED / [signature] / 10-22-12]

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS

COMES NOW Plaintiff, Wyndham Vacation Resorts, Inc., ("Wyndham") by and through its counsel, and, pursuant to Local Rule 7.01(b), and files this Motion for Leave to File a Reply to respond to the issues and arguments raised by Defendants in their Response, Doc. 35, to Wyndham's Motion, and states as follows:

As fully set forth in its Reply, attached hereto as Exhibit A, Wyndham seeks to respond to issues and arguments raised by Defendants including: (1) Defendants' assertions Wyndham purposefully overwhelmed Defendants with discovery and the Rules should, therefore, not be enforced; and (2) Defendant's claim that Wyndham did not properly seek discovery and Defendants' failures to respond should not be sanctioned.

Accordingly, Wyndham asks this Court to grant it leave to file a Reply to address these issues and arguments.