UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **WYNDHAM VACATION RESORTS, INC.,** | ) ) ) | Case No.: 3:12-cv-559 |
| Plaintiff, | ) ) ) | Judge Haynes |
| v. | ) ) | Magistrate Judge Knowles |
| **WESLEY FINANCIAL GROUP, LLC, CHARLES MCDOWELL, III, And JOHN and JANE DOES 1-10,** | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) ) | |

## MOTION FOR A CASE MANAGEMENT CONFERENCE
## PURSUANT TO LOCAL RULE 16.01(d)(3)

Come now the Defendants, Wesley Financial Group, LLC ("WFG") and Charles McDowell, III ("McDowell") and move this Court for an Order Granting a Subsequent Case Management Conference, pursuant to Local Rule 16.01(d)(3) for the United States District Court for the Middle District of Tennessee.

The parties have been unable to agree on a schedule for disclosure of discovery or on the amount of discovery disclosure that is appropriate, which has led to an exceeding amount of litigation at an early stage in the case. Local Rule 16.01(d)(3) allows for the scheduling of a subsequent case management order "as appropriate" in order to resolve issues that remain, as well as to "aid in the just, speedy and less costly disposition of the case." Plaintiffs WFG and McDowell thereby respectfully request that this Court enter an Order scheduling an additional

Case Management Conference to address and resolve the ongoing discovery issues that have been encountered by the parties.

                                              Respectfully Submitted,

                                              **MCKELLAR|HYDE, PLC**

                                              s/ Lyndsay Smith Hyde_____
                                              Andrea Taylor McKellar, BPR #019618
                                              Lyndsay Smith Hyde, BPR #024715
                                              411 Broadway, Suite 302
                                              Nashville, TN 37203
                                              T: (615) 866-9828
                                              F: (615) 866-9863

                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was forwarded by electronic means via the Court's electronic filling system to the following:

R. Eddie Wayland
Andrew W. Coffman
KING & BALLOW
110 Union Street Plaza
315 Union Street
Suite 1100
Nashville, Tennessee 37201
T: (615) 259-3456
F: (615) 726-5417
*Counsel for Plaintiff*

s/ Lyndsay Smith Hyde