UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | Case No.: 3:12-cv-559 |
| Plaintiff, | ) ) | |
| | ) | Judge Haynes |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| WESLEY FINANCIAL GROUP, LLC, CHARLES MCDOWELL, III, And JOHN and JANE DOES 1-10, | ) ) ) | JURY DEMAND |
| | ) | |
| Defendants. | ) ) | |

*[handwritten annotations: ORDER — The motion is GRANTED. The conferences is set for November 2, 2012 at 4:30 p.m. — signature — 10-23-12]*

## MOTION FOR A CASE MANAGEMENT CONFERENCE
## PURSUANT TO LOCAL RULE 16.01(d)(3)

Come now the Defendants, Wesley Financial Group, LLC ("WFG") and Charles

McDowell, III ("McDowell") and move this Court for an Order Granting a Subsequent Case

Management Conference, pursuant to Local Rule 16.01(d)(3) for the United States District Court

for the Middle District of Tennessee.

The parties have been unable to agree on a schedule for disclosure of discovery or on the

amount of discovery disclosure that is appropriate, which has led to an exceeding amount of

litigation at an early stage in the case. Local Rule 16.01(d)(3) allows for the scheduling of a

subsequent case management order "as appropriate" in order to resolve issues that remain, as

well as to "aid in the just, speedy and less costly disposition of the case." Plaintiffs WFG and

McDowell thereby respectfully request that this Court enter an Order scheduling an additional