## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

WYNDHAM VACATION RESORTS, INC.,    )
                                      )
       Plaintiff,                       )
                                        )
v.                                       )     No.  3:12-0559
                                        )     Chief Judge Haynes
WESLEY FINANCIAL GROUP, LLC, et al.,    )
                                        )
       Defendants.                   )

## O R D E R

A discovery conference is set in this action is **for Monday, December 3, 2012 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _21st_ day of November, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court