IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:12-cv-559<br>Chief Judge Haynes |
| WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, and JOHN and JANES DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion to dismiss Defendants' counterclaims (Docket Entry No. 68) is **GRANTED in part** and **DENIED in part**. Defendants' requests for declaratory judgment and claim for unfair competition are **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the ___ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court