UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) | |
| ) | |
| Plaintiff, ) | The Hon. William J. Haynes, Jr. |
| ) | |
| v. ) | Case No.: 3:12-cv-559 |
| ) | |
| WESLEY FINANCIAL GROUP, LLC, ) | JURY DEMAND |
| CHARLES MCDOWELL, III, ) | |
| And JOHN and JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

*[Handwritten annotation: ORDER. Transmission is GRANTED. The conference is reset for March 22, 2013 at 4:30 pm. /s/ [signature] 3-14-13]*

Defendants Wesley Financial Group, LLC ("WFG") and Charles McDowell, III ("McDowell") (collectively, "Defendants") respectfully move this Court to continue the case management conference currently scheduled for March 14, 2013, at 4:30 p.m. In support thereof Defendants would show the court that lead counsel in this matter, Lyndsay Smith Hyde, who has been handling the discovery in this matter has a prior commitment that conflicts with the currently scheduled Case Management Conference. Lead counsel has spoken with opposing counsel and they have no objections to rescheduling the Case Management Conference to March 22, 2013 at 2:00 p.m. or another available date for the Court.