UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) | Case No. 3:12-cv-559 |
| Plaintiff, ) | |
| v. ) | Judge Haynes |
| ) | Judge Bryant |
| WESLEY FINANCIAL GROUP, LLC ) CHARLES MCDOWELL, III, and ) JOHN and JANE DOES 1-10, ) | JURY DEMAND |
| Defendants. ) | |

### ~~PROPOSED~~ AMENDED CASE MANAGEMENT ORDER

Pursuant to Local Rule 16.01 and the Federal Rules of Civil Procedure, the Case Management Order originally filed on August 28, 2012, is Amended as follows:

**6. Initial Disclosures and Staging of Discovery.**

  d. **Discovery Cut-off**. All fact discovery is to be completed by **September 13, 2013**. All discovery must be served so that responses are to be due by no later than the discovery cutoff date of **September 13, 2013**. Discovery-related Motions are due on or before **September 27, 2013.**

**1. Dispositive Motions.**

  a. All dispositive motions are to be filed by **November 15, 2013.** Responses are to be filed by **December 16, 2013.** Replies are to be filed by **December 30, 2013**. If dispositive motions are filed early, the response and reply deadlines are moved up accordingly.

**2. Other Deadlines.**

b.  On or before **August 9, 2013,** the Parties shall disclose to each other (<u>not</u> file with the Court) the identity of their expert witnesses and provide all the information specified in Rule 26(a)(2)(B).

c.  On or before **September 9, 2013**, The Parties shall disclose to each other (<u>not</u> file with the Court) the identity of their expert rebuttal witnesses and provide all the information specified in rule 26(a)(2)(B).

e.  On or before **October 11, 2013**, the Parties shall take any desired deposition of experts.

f.  Any supplements to the reports of experts on dispositive matters shall be made and disclosed no later than **October 25, 2013**.

**JURY TRIAL DATE:** Jury trial is reset for April 8, 2014, at 9:00 a.m. A pretrial conference shall be held on March 24, 2014, at 3:00 p.m. before Chief Judge Haynes.

It is so **ORDERED.**

*s/ John S. Bryant*
JOHN S. BRYANT
Magistrate Judge
United States District Court