UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **WYNDHAM VACATION RESORTS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, And JOHN and JANE DOES 1-10,**<br><br>**Defendants.** | ) | **Case No. 3:12-cv-559**<br><br>**Judge Haynes**<br><br>**JURY DEMAND** |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR ADVERSE INFERENCE DUE TO DESTRUCTION OR SPOLIATION OF EVIDENCE AND VIOLATION OF COURT ORDER**

Comes now the Plaintiff, Wyndham Vacation Resorts, Inc., and moves this Court for an Order granting Wyndham leave to file a Reply to Defendants' Response in Opposition to Plaintiff's Motion for an Adverse Inference Instruction. The Reply is necessary to address issues of fact and law raised in Defendants' Response. Accordingly, Plaintiff respectfully requests that enter an Order granting Wyndham leave to file a Reply to Defendants' Response in Opposition to Plaintiff's Motion for Adverse Inference Instruction.

This motion is GRANTED

1-27-14