UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | Case No. 3:12-cv-559 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge Haynes |
| | ) | Magistrate Judge Bryant |
| WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, and JOHN and JANE DOES 1-10, | ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

*[Handwritten: ORDER. This motion is GRANTED. WJH[?] 3-4-14]*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO
FOR RULE 60 RELIEF FROM ORDER BASED ON
MISREPRESENTATION AND MOTION TO RECONSIDER**

COMES NOW Plaintiff, Wyndham Vacation Resorts, Inc., ("Wyndham") by and through its counsel, and, pursuant to Local Rule 7.01(b), and files this Motion for Leave to File a Reply to respond to the issues and arguments raised by Defendants in their Response, Doc. 155, to Wyndham's Motion, and states as follows:

As fully set forth in its Reply, attached hereto as Exhibit A, Wyndham seeks to respond to issues and arguments raised by Defendants including setting for that: (1) the Local Rules did not require Wyndham to meet and confer with Defendants prior to filing a Motion to enforce the Court's February 5, 2013 Order; (2) the parties have not resolved the issues created by Defendants failure to comply with the Court's February 5, 2013 Order; and, (3) the Court applied the wrong standard in granting Defendants attorney's fees.