UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) ) | Case No. 3:12-cv-559 |
| Plaintiff, ) ) | |
| v. ) | Judge Haynes |
| WESLEY FINANCIAL GROUP, LLC ) CHARLES MCDOWELL, III, ) and ) JOHN and JANE DOES 1-10, ) ) | JURY DEMAND |
| Defendants. ) | |

*[Handwritten notation: Order - This motion is granted. /s/ [signature] 3-24-14]*

## MOTION FOR LEAVE TO FILE REPLY

COMES NOW Plaintiff, Wyndham Vacation Resorts, Inc., ("Wyndham") by and through its counsel, and, pursuant to Local Rule 7.01(b), and files this Motion for Leave to File a Reply to respond to the issues and arguments raised by Defendants in opposition to Plaintiff's Motion in Limine 1 and states as follows:

As fully set forth in its Reply, attached hereto as Exhibit A, Wyndham seeks to respond to issues and arguments raised by Defendants in their Response. Accordingly, Wyndham asks this Court to grant it leave to file a Reply to address these issues and arguments.

1