UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | |
| Plaintiff | ) ) ) | The Hon. William J. Haynes, Jr. Magistrate Judge Bryant |
| v. | ) ) | Case No.: 3:12-cv-559 |
| WESLEY FINANCIAL GROUP, LLC, CHARLES MCDOWELL, III, And JOHN and JANE DOES 1-10, | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) ) | |

*[handwritten notations and signature dated 3-27-14]*

## DEFENDANTS' MOTION FOR LEAVE TO FILE LATE-FILED MOTIONS IN LIMINE

Defendants Wesley Financial Group, LLC ("WFG") and Charles McDowell, III hereby respectfully move the Court for leave to file Defendants' Motion in Limine No. 3 and Motion in Limine No. 4 although the deadline for filing Motions in Limine under the Case Management Order was February 28, 2014. In support of this Motion, Defendants state as follows:

1. Defendants' Motion in Limine No. 3 seeks the exclusion of evidence that WFG used telemarketing services with prerecorded messages, which Wyndham claims deceived WFG customers into believing that WFG was a law firm. The gravamen of the Motion is that the evidence is only even arguably relevant to the extent that a WFG customer actually heard one the messages at issue, was actually deceived into believing that WFG was a law firm, and used

1