IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESLEY FINANCIAL GROUP, LLC, CHARLES McDOWELL, III and JOHN and JANE DOES 1-10, <br><br> Defendants. | Case No. 3:12-0559 <br> Chief Judge Haynes |

# ORDER

Based upon the statements of the parties' counsel in their joint motion that the Court granted (Docket Entry Nos. 252 and 255) the following motions (Docket Entry Nos. 125, 128, 137, 156, 158, 160, 162, 164, 166, 168, 170, 172, 174, 176, 178, 180, 181, 221, 246, 248 and 253) are **DENIED without prejudice** to renew, if the parties do not settle this action. A party may renew any motion by incorporating by reference its earlier motion papers.

It is so **ORDERED**.

ENTERED this the ___1st___ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court