IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESLEY FINANCIAL GROUP, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 3:12-cv-0559 <br> Chief Judge Haynes |

## ORDER

Before the Court is the Parties' joint motion to remove case from the docket (Docket Entry No. 257), that is **GRANTED**.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 3rd day of April, 2014

WILLIAM J. HAYNES, JR.
Chief United States District Judge