# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | Case No. 3:12-cv-559 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Haynes |
| WESLEY FINANCIAL GROUP, LLC CHARLES MCDOWELL, III, And JOHN and JANE DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and counterclaims asserted by all parties in this action are hereby dismissed with prejudice.

Dated: April 8, 2014

APPROVED FOR ENTRY:

    */s/ Andrew W. Coffman*
    R. Eddie Wayland (6045)
    R. Douglas Hanson, II (01387)
    Andrew W. Coffman (27160)
    King & Ballow
    315 Union Street, Ste. 1100
    Nashville TN 37201
    615-726-5430

    Counsel for Plaintiff,
    *Wyndham Vacation Resorts, Inc.*


    */s/ Lyndsay Smith Hyde*
    Andrea Taylor McKellar (019618)
    Lyndsay Smith Hyde (024715)
    McKellar|Hyde, PLC
    411 Broadway, Suite 302
    Nashville, TN 37203
    615-866-9828

    *Counsel for Defendants*