IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESLEY FINANCIAL GROUP, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 3:12-cv-0559 <br> Chief Judge Haynes |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice of all claims pending in this action. (Docket Entry No. 259). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED.**

This is the Final Order in this action.

ENTERED this the 9th day of April, 2014

WILLIAM J. HAYNES, JR.
Chief United States District Judge